No. 447, Misc., October Term, 1947. WILSON *v.* ILLINOIS, 334 U. S. 848. Rehearing denied.

No. 476, Misc., October Term, 1947. DIXON *v.* ILLINOIS, 334 U. S. 850. Rehearing denied.

No. 480, Misc., October Term, 1947. McCANN *v.* CLARK, ATTORNEY GENERAL, 334 U. S. 842. Rehearing denied.

No. 490, Misc., October Term, 1947. IN RE BODENMILLER, 334 U. S. 831. Rehearing denied.

No. 504, Misc., October Term, 1947. Moss *v.* HUNTER, WARDEN, 334 U. S. 860. Rehearing denied.

No. 507, Misc., October Term, 1947. TATE *v.* HEINZE, WARDEN, 334 U. S. 842. Rehearing denied.

No. 510, Misc., October Term, 1947. ODELL *v.* HUDSPETH, WARDEN, 334 U. S. 851. Rehearing denied.

No. 515, Misc., October Term, 1947. JOHNSON *v.* STEWART, WARDEN, 334 U. S. 851. Rehearing denied.

No. 518, Misc., October Term, 1947. ASBELL *v.* STEWART, WARDEN, 334 U. S. 851. Rehearing denied.

No. 540, Misc., October Term, 1947. LUCAS *v.* TEXAS, 334 U. S. 852. Rehearing denied.

No. 551, Misc., October Term, 1947. FARRELL *v.* LANAGAN, WARDEN, 334 U. S. 853. Rehearing denied.

No. 553, Misc., October Term, 1947. HALL *v.* UNITED STATES, 334 U. S. 853. Rehearing denied.